# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DEBRA MCGOWAN, | |
| Plaintiff, | |
| v. | Case No. 3:22-cv-1765-E |
| SUNBEAM PRODUCTS, INC., | Jury Demand Requested by Plaintiff |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Debra McGowan and Defendant Sunbeam Products, Inc. (together, the "Parties") hereby notify the Court that they have reached a settlement. The settlement will resolve all claims associated with this action. The Parties request the Court stay all remaining deadlines in this matter to allow the Parties to finalize the agreement and file the appropriate dismissal papers.

Respectfully submitted,

**JOHNSON BECKER, PLLC**

*/s/ Adam J. Kress (with permission)*
Adam J. Kress, Esq. (#0397289)
*Admitted Pro Hac Vice*
444 Cedar Street, Suite 1800
(612) 436-1800 / (612) 436-1801 (fax)
akress@johnsonbecker.com

*In association with:*

**CLARK │VON PLONSKI │ANDERSON**

COLLEN A. CLARK
State Bar No. 04309100
R. CONNOR BARBE
State Bar No. 241085
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
214-780-0500/214-780-0501 Fax
eservice@cvpalaw.com

*Attorneys for Plaintiff*

*- and -*

*/s/ Darby V. Doan*
Darby V. Doan
Texas Bar No. 00793622
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  ddoan@haltomdoan.com

Donald R. Ross
Texas Bar No. 17286000
Haltom & Doan
4417 Oak Knoll Dr.
Plano, TX 75093
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  dross@haltomdoan.com

>David J. O'Connell – 6199086
>(Pro Hac Vice to be filed)
>Goldberg Segalla LLP
>222 West Adams Street, Suite 2250
>Chicago, IL  60606
>Telephone:  (312) 572.8405
>Facsimile:  (312) 572.8401
>Email: doconnell@goldbergsegalla.com
>
>**ATTORNEYS FOR DEFENDANT
>SUNBEAM PRODUCTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on December 8, 2023.

>*/s/ Darby V. Doan*
>Darby V. Doan